IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Eric Bernard, | ) |
|         Plaintiff, | ) |
|         v. | ) Case No. 25 C 50364 |
| Illinois Dep't of Corr., et al., | ) Hon. Iain D. Johnston |
|         Defendants. | ) |

## ORDER

    IDOC Defendants shall respond to Plaintiff's second motion to compel production of documents by a date certain [206] by October 24, 2025. The motion is taken under advisement and there is no need for a reply. Plaintiff's motion to extend the deadline for Plaintiff's deposition [209] is granted. The Court will discuss close of discovery and set a deadline at the November 3, 2025, status conference. Defendants' motion for Plaintiff to compelled to attend his deposition in person [211] is granted. Plaintiff's motion for Plaintiff to attend his deposition via video conference [212] is denied. The deposition shall be completed at a time and place that is mutually agreed to by the parties, taking into consideration Plaintiff's medical conditions. Plaintiff's unopposed motion to file fourth amended complaint [213] is granted. Plaintiff shall file the fourth amended complaint on the docket as a separate document. Defendants shall answer the fourth amended complaint by October 31, 2025.

Date: October 17, 2025        By: _____
                                                         Iain D. Johnston
                                                       United States District Judge