UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Western Division

Eric E. Bernard
                Plaintiff,

v.                             Case No.: 3:25−cv−50364
                                        Honorable Iain D. Johnston

Illinois Department of Corrections, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: A telephonic status hearing is set for 11/3/2025 at 1:30 PM Central Time. The parties should be prepared to discuss future settlement discussions and next steps in the cases. The Court strikes the dispositive motion briefing schedule date, previously set by Judge Jenkins in Case No. 25 C 50366 [253]. The Court eagerly awaits the matrix regarding the possibility of duplicate claims across Mr. Bernard's ten filed cases, discussed at the August 25, 2025, settlement conference, which all counsel present agreed would be useful for purposes of assessing summary judgment, settlement, and next steps in these cases. The call−in number for all parties is 650−479−3207 and the access code is 23116155150#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. If anyone fails to appear for the status hearing, the Court may issue sanctions, up to and including dismissal of cases. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.